**Richard B. BLANCO, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 43106.**

Court of Criminal Appeals of Texas.

June 17, 1970.

No attorney on appeal.

· Ted Butler, Dist. Atty., and Sparta Bitsis, Asst. Dist. Atty., San Antonio, and Jim D. Vollers, State's Atty., Austin, for the State.

v.

**The STATE of Texas, Appellee.**

**No. 43107.**

Court of Criminal Appeals of Texas.

June 17, 1970.

No attorney on appeal.

Ted Butler, Dist. Atty., and Sparta Bitsis, Asst. Dist. Atty., San Antonio, and Jim

D. Vollers, State's Atty., Austin, for the State.

### OPINION

DOUGLAS, Judge.

The conviction is for burglary with intent to commit theft; the punishment, twelve years.

The procedure in this appeal is identical to that used in the case of Blanco v. State of Texas, Tex.Cr.App., 455 S.W.2d 212 (this day decided), where the appeal was abated.

For the reasons set forth therein, the appeal will be abated.

It is so ordered.